RECEIVED
2012 JUL 24 P 12:51
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT HODSDON

       Plaintiff,

v.

DIRECTV, LLC

       Defendant.

CASE NO. 3:12-cv-02827-JSW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jay Edelson, whose business address and telephone number is Edelson McGuire, LLC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654, (312) 589-6370 and who is an active member in good standing of the bar of the Supreme Court of Illinios having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs, Robert Hodsdon & Leslie Golba

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 27 2012

_____
Honorable Jeffrey S. White
United States District Judge

United States District Court
For the Northern District of California