Joseph J. Siprut (admitted *pro hac vice*)
*jsiprut@siprut.com*
James M. McClintick*
*jmcclintick@siprut.com*
Aleksandra M. S. Vold*
*avold@siprut.com*
SIPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.546.9963

Todd C. Atkins (SBN 208879)
*tatkins@siprut.com*
SIPRUT PC
701 B Street, Suite 1170
San Diego, CA 92101
619.255.2380
Fax: 619.231.4984

*Pro hac vice* admittance to be sought

Counsel for Plaintiffs and the Proposed Putative Classes

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HODSDON and LESLIE GOLBA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIRECTV, LLC, <br><br> Defendant. | Case No.  3:12-cv-02827-JSW <br><br> Hon. Jeffrey S. White <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO DIRECTV'S MOTION TO DISMISS OR STAY AND TO POSTPONE THE CASE MANAGEMENT CONFERENCE** <br><br> Complaint Filed:   June 1, 2012 <br> Trial Date:        TBD |

**STIPULATION**

Plaintiffs Robert Hodsdon and Leslie Golba (collectively, "Plaintiffs") and Defendant DIRECTV, LLC ("DIRECTV"), through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, on June 1, 2012, Plaintiffs filed their complaint in this action;

WHEREAS, on July 11, 2012, the Court set this case for the initial Case Management Conference on September 21, 2012;

WHEREAS, on June 21, 2012, Plaintiffs agreed to extend DIRECTV's time to respond to the Complaint from June 26, 2012 to August 10, 2012. This is the only previous time modification in this case.  (Civil Local Rule 6-2(a)(2));

WHEREAS, on August 10, 2012 DIRECTV filed its Motion to Dismiss or Stay Proceedings Pending Arbitration and to Compel Arbitration, or in the Alternative, to Dismiss Plaintiffs' Complaint;

WHEREAS, the hearing for DIRECTV's Motion is currently scheduled for October 12, 2012;

WHEREAS, the deadline for Plaintiffs to respond to the Motion is currently August 24, 2012;

WHEREAS, the Parties have agreed to a 21-day extension for Plaintiffs to respond to the Motion;

WHEREAS, the Parties have agreed that DIRECTV shall have 14 days thereafter to file its reply in support of its Motion;

THEREFORE, pursuant to Local Rule 6-1(a) and this Court's Order Setting Case Management Conference, the Parties hereby stipulate and request that Plaintiffs shall have until September 14, 2012 to file their response to DIRECTV's Motion; that DIRECTV shall have until September 28, 2012 to file its reply in support of its Motion; and that the Case Management Conference currently set for September 21, 2012 should be adjourned pending the resolution of DIRECTV's Motion and reset, if necessary, after the Court decides

DIRECTV's Motion.

**IT IS SO STIPULATED AND REQUESTED.**


DATED:  August 24, 2012                    SIPRUT PC

                                           /s/ Todd C. Atkins
                                           Todd C. Atkins
                                           SIPRUT PC
                                           701 B Street, Suite 1170
                                           San Diego, CA 92101

                                           *Attorney for Plaintiffs*


DATED:  August 24, 2012                    KIRKLAND & ELLIS LLP

                                           /s/ Robyn E. Bladow
                                           Melissa D. Ingalls
                                           Robyn E. Bladow
                                           Sierra Elizabeth
                                           KIRKLAND & ELLIS LLP
                                           333 South Hope Street
                                           Los Angeles, CA  90071

                                           *Attorneys for Defendant DIRECTV, LLC*


## DECLARATION OF TODD C. ATKINS

Pursuant to Civil Local Rule 5-1(i)(3), I obtained the concurrence of Robyn E. Bladow for the filing of this document prior to filing under my ECF login.


                                           /s/ Todd C. Atkins

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1) Plaintiffs shall have until September 14, 2012 to file their response to DIRECTV's Motion to Dismiss or Stay Proceedings Pending Arbitration and to Compel Arbitration, or in the Alternative, to Dismiss Plaintiffs' Complaint;

2) DIRECTV shall have until September 28, 2012 to file its reply in support of its Motion; and

3) the Case Management Conference currently set for September 21, 2012 is adjourned pending the resolution of DIRECTV's Motion and reset, if necessary, after the Court decides DIRECTV's Motion.

Dated:  August 24, 2012      _____

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE