IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT HODSDON and LESLIE GOLBA,
on behalf of themselves and all other similarly situated,

Plaintiffs,

v.

DIRECTV, LLC,

Defendant.

No. C 12-02827 JSW

**ORDER RE *EX PARTE* MOTION FOR LEAVE TO CONDUCT DISCOVERY**

Now before the Court is Plaintiffs' *ex parte* motion for leave to conduct arbitration-related discovery. The *ex parte* request is procedurally improper and any request for discovery related to the arbitration agreements shall be heard as a properly-filed motion in conjunction with Defendant's motion to dismiss or stay proceedings in favor of arbitration or as a substantive response to the pending motion to compel arbitration. The Court shall hear Defendant's motion to compel arbitration and Plaintiffs' motion for leave to conduct discovery, if one is filed, on December 14, 2012 at 9:00 a.m. Plaintiffs' response to the pending motion to compel arbitration shall be filed no later than September 28, 2012; Defendant shall have until October 12, 2012 to file its reply in support of the motion.

**IT IS SO ORDERED.**

Dated: September 12, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE