Joseph J. Siprut*
*jsiprut@siprut.com*
James M. McClintick*
*jmcclintick@siprut.com*
Aleksandra M. S. Vold*
*avold@siprut.com*
SIPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.546.9963

Todd C. Atkins (SBN 208879)
*tatkins@siprut.com*
SIPRUT PC
701 B Street, Suite 1170
San Diego, CA 92101
619.255.2380
Fax: 619.231.4984

*Pro hac vice* admittance to be sought

*Counsel for Plaintiffs and the Proposed Putative Classes*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HODSDON and LESLIE GOLBA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>Defendant. | Case No.  3:12-cv-02827-JSW<br><br>Hon. Jeffrey S. White<br><br>**STIPULATION AND ORDER TO EXCEED PAGE LIMITATIONS FOR OPPOSITION AND REPLY BRIEFS TO DEFENDANT'S MOTION TO COMPEL ARBITRATION OR DISMISS COMPLAINT**<br><br>Complaint Filed:   June 1, 2012<br>Trial Date:              TBD |

# STIPULATION

Plaintiffs Robert Hodsdon and Leslie Golba (collectively, "Plaintiffs") and Defendant DIRECTV, LLC ("DIRECTV"), through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, on August 10, 2012 DIRECTV filed its Motion to Dismiss or Stay Proceedings Pending Arbitration and to Compel Arbitration, or in the Alternative, to Dismiss Plaintiffs' Complaint ("Motion");

WHEREAS, the hearing for DIRECTV's Motion is currently scheduled for December 14, 2012;

WHEREAS, pursuant to this Court's September 12, 2012 Order, the deadline for Plaintiffs to respond to the Motion is currently September 28, 2012 and DIRECTV's reply is due October 12, 2012;

WHEREAS, Plaintiffs believe that the issues presented by DIRECTV's Motion are complex, involve evolving case law and are significant insofar as the granting of either alternative motion will be dispositive to this putative Class Action lawsuit; thus warranting up to 25 pages of text for Plaintiffs' Opposition brief;

WHEREAS, DIRECTV has agreed to Plaintiffs' request for up to 25 pages for the Opposition, subject to approval by the Court, and has therefore requested up to 25 pages for DIRECTV's Reply brief, if necessary, to which Plaintiffs have agreed.

THEREFORE, pursuant to Local Rule 7-4(b), the Parties hereby stipulate and request that Plaintiffs shall have up to 25 pages of text to respond to DIRECTV's Motion and that DIRECTV shall have up to 25 pages of text for its reply in support of its Motion.

**IT IS SO STIPULATED AND REQUESTED.**

| | | |
|---|---|---|
| 1 | DATED:  September 18, 2012 | SIPRUT PC |
| 2 | | /s/ Todd C. Atkins |
| | | Todd C. Atkins |
| 3 | | SIPRUT PC |
| 4 | | 701 B Street, Suite 1170 |
| | | San Diego, CA 92101 |
| 5 | | |
| 6 | | *Attorney for Plaintiffs* |

DATED:  September 18, 2012        KIRKLAND & ELLIS LLP

/s/ Robyn E. Bladow
Melissa D. Ingalls
Robyn E. Bladow
Sierra Elizabeth
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071

*Attorneys for Defendant DIRECTV, LLC*

### **DECLARATION OF TODD C. ATKINS**

Pursuant to Civil Local Rule 5-1(i)(3), I obtained the concurrence of Robyn E. Bladow for the filing of this document prior to filing under my ECF login.

/s/ Todd C. Atkins

-3-

Case No.  3:12-cv-02827-JSW   STIPULATION AND ORDER TO EXCEED PAGE LIMITATIONS FOR OPPOSITION AND REPLY BRIEFS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1) Plaintiffs shall have up to 25 pages of text to respond to DIRECTV's Motion; and

2) DIRECTV shall have up to 25 pages of text for its reply in support of its Motion.

Dated: September 19, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE