IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT HODSDON and LESLIE GOLBA,
on behalf of themselves and all other similarly situated,

    Plaintiffs,

v.

DIRECTV, LLC,

    Defendant.

No. C 12-02827 JSW

**ORDER DENYING PLAINTIFF'S MOTION FOR A MODIFIED ORDER**

Now before the Court is Plaintiffs' motion for a modified order seeking to have the Court modify its order dated November 7, 2012, to dismiss this action in favor of arbitration instead of staying the matter pending arbitration, in order to allow Plaintiff the right to file an immediate appeal of the order. The motion is procedurally improper.

An appeal of an interlocutory order staying proceedings pending arbitration must be made pursuant to 28 U.S.C. § 1292(b). The motion is DENIED as improper without prejudice to refiling as a properly-supported motion. The hearing date of March 22, 2013 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: February 13, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE