UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HODSDON, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>DIRECTV, LLC,<br><br>   Defendant. | Case No.   12-cv-02827-WHO<br><br>**ORDER REQUIRING NOTICE OF CASE STATUS** |

On November 8, 2012, this case was stayed pending arbitration of the claims asserted. Docket No. 40. On or before October 31, 2013, and every six months thereafter until the arbitration is completed and/or the case is otherwise resolved, the parties shall file a Joint Notice of Case Status informing the Court of the status of the arbitration.

**IT IS SO ORDERED**.

Dated: October 17, 2013

WILLIAM H. ORRICK
United States District Judge